**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1209**
_____

CHRISTOPHER ANTHONY ENSMINGER,

   Plaintiff - Appellant,

  v.

TOWSON UNIVERSITY,

   Defendant - Appellee,

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:22-cv-02998-JRR)

_____

Submitted:  February 20, 2025     Decided:  March 20, 2025

_____

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Christopher Anthony Ensminger, Appellant Pro Se.  Kathryn Joyce Bradley, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Anthony Ensminger appeals the district court's order granting Defendant's motion to dismiss his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Ensminger v. Towson Univ.*, No. 1:22-cv-02998-JRR (D. Md. filed Feb. 5, 2024 & entered Feb. 6, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*